UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FERNANDO NODAL,

    Plaintiff,

v.                                                 CASE NO. 2:20-cv-00477-JLB-MRM

EQUIFAX INFORMATION SERVICES,
LLC and GULFSTREAM MOTOR
CREDIT COMPANY,

    Defendants.
_____

## ORDER

Plaintiff announces a settlement with Defendant Equifax Information Services (collectively, "the parties"). (Doc. 14.) Pursuant to Local Rule 3.08(b), Defendant Equifax Information Services is **DISMISSED** from this action subject to the right of either party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to dismiss Defendant Equifax Information Services from the case.

ORDERED in Fort Myers, Florida, on September 25, 2020.

*/s/ John L. Badalamenti*
_____
**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**